**FILED**
OCT 11 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. **1:06cr235-MEF-CSC** |
| | ) | [18 USC 922(g)(1) and 924(e)] |
| RAY JERCONIE BRASCOMB | ) | |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges that:

## COUNT 1

On or about February 1, 2006, in Houston County, within the Middle District of Alabama, the defendant,

**RAY JERCONIE BRASCOMB,**

having been convicted of the following felonies, crimes punishable by imprisonment for a term exceeding one year under the laws of the State of Alabama and the State of Georgia, to-wit:

1) November 5, 1990, Burglary III, in the Circuit Court of Houston County, Alabama, case number 90-000536;

2) November 5, 1990, Theft I, in the Circuit Court of Houston County, Alabama, case number 90-000537;

3) April 25, 1996, Assault in the Second Degree, in the Circuit Court of Houston County, Alabama, case number 95-000226;

4) April 25, 1996, Receiving Stolen Property in the Second Degree, in the Circuit Court of Houston County, Alabama, case number 95-001078;

5) May 29, 1996, Intimidating a Witness, in the Circuit Court of Houston County, Alabama, case number 96-000319;

6) August 11, 1999, Burglary, in the Superior Court of Douglas County, Georgia, case number 96-1939;

7) January 11, 2002, Theft by Receiving Stolen Property, in the Superior Court of Cobb County, Georgia, case number 01-9-3531-24;

did knowingly possess in and affecting commerce a firearm, to-wit: a Charter Arms, .38 caliber handgun, a better description being unknown to the Grand Jury, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## FORFEITURE ALLEGATION

A. Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation alleged in Count 1 of this indictment, the defendant,

RAY JERCONIE BRASCOMB,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

**One Charter Arms, .38 caliber handgun, bearing, serial number 1029214.**

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above

paragraphs.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

*Janice Danier Williams*
Foreperson

*Leura V. Canary*
LEURA G. CANARY
United States Attorney

*John T. Harmon*
JOHN T. HARMON
Assistant United States Attorney

*Clark Morris*
A. CLARK MORRIS
Assistant United States Attorney