## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY | AT | Montgomery, Alabama |
| DATE COMMENCED: 10/27/06 | AT | 11:12 A.M. - 11:19 A.M. |
| DATE COMPLETED: 10/27/06 | TO | Digital Recorded |

UNITED STATES OF AMERICA

VS.     CASE NO.: 1:06CR235-MEF

RAY JERCONIE BRASCOMB

---

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. A. Clark Morris | * | Atty. Christine Freeman |
| Tamara Martin, USPTS/UPSO | | |

### COURT OFFICIALS PRESENT:

Court Room Deputy: Wanda Stinson          Law Clerk: Corrie Long

---

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS **DETENTION HEARIN and ARRAIGNMENT**

# SEE MINUTES ATTACHED

| **LOG OF PROCEEDINGS ELECTRONICALLY RECORDED** |||
|---|---|---|
| **Description** | Detentiong hearing - 06cr235-MEF ||
| **Date** | 10/27/2006 | **Location** Courtroom 4B |
| **Time** | **Speaker** | **Note** |
| 11:12:37 AM | Court | Court convenes with the USA v. Brascomb - detention matter; Atty. A. Clark Morris is present for the Government; Atty. Christine Freeman is present with the deft; |
| 11:12:53 AM | Atty. Freeman | Deft waives the detention hrg. , but would like to continue with arraignment; request to have a minute with deft;; |
| 11:14:45 AM | Court | Proceed with arraignment; Deft is placed under oath; Deft waives reading of the indictment; Deft. enters NOT GUILTY plea to the charges in the indictment; Status of discovery> |
| 11:15:45 AM | Atty. Morris | Will be provided today up front for pick up; |
| 11:15:58 AM | Court | Case is assinged to Judge Fuller.  His next term is 11/27/06; |
| 11:16:14 AM | | |
| 11:16:16 AM | Atty. Freeman | What's the next trial term after that? |
| 11:16:19 AM | Wanda | March 27, 2007; |
| 11:16:53 AM | Atty. Freeman | Request to have case set on the March term; |
| 11:17:01 AM | Court | Why do you want to have the case continued from the next term? |
| 11:17:01 AM | Atty. Freeman | Response; |
| 11:18:18 AM | Court | Informs deft of his right to have case set on the November docket, but can agree to a continuance of it;  Deft is in agreement that the case be continued;  The court will continue the case to the March term; Deft advised of right to hearing on the issue to be detained with out bond pending trial of this case;  Defense counsel has indicated to the court that deft wish to give up that right and waive detention and agrees to |
| 11:19:26 AM | Court | Court is recessed. |