IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | |
| | ) | CR. NO.    1:06CR235-MEF |
| RAY JERCONIE BRASCOMB | ) | |
| | ) | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, **Ray Jerconie Brascomb**, the defendant in the above styled case, do hereby

waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq.  I certify to the

court that I am waiving these rights knowingly, voluntarily, and intelligently after

receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY
WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

10|27|06
_____
**DATE**

_____
**DEFENDANT**

_____
**ATTORNEY FOR DEFENDANT**