IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 1:06-CR-235-MEF |
| | ) | |
| **RAY J. BRASCOMB** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her appearance as counsel for **RAY J. BRASCOMB**, in the above-styled matter.

Dated this 31st day of October 2006.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CASE NO: 1:06-CR-235-MEF |
| | ) | |
| **RAY J. BRASCOMB** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

                                                                         s/Christine A. Freeman
                                                                         **CHRISTINE A. FREEMAN**
                                                                         **TN BAR NO.: 11892**
                                                                         Attorney for Defendant
                                                                         Federal Defenders
                                                                         Middle District of Alabama
                                                                         201 Monroe Street, Suite 407
                                                                         Montgomery, AL 36104
                                                                         TEL:  (334) 834-2099
                                                                         FAX:  (334) 834-0353
                                                                         E-Mail: Christine_Freeman@fd.org