IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 1:06-CR-235-MEF-CSC** |
| ) | |
| **RAY J. BRASCOMB** ) | |

## MOTION TO PERMIT FILING

**COMES NOW** the defendant Ray Brascomb, by undersigned counsel, and respectfully requests permission to permit the filing of his Motion to Suppress (Doc. 14), which has been filed a few hours after the due date of January 10, 2007. In support of this Motion, the defendant would state that no party is prejudiced by the timing of this filing and the press of additional case work and deadlines prevented defense counsel from filing this motion earlier.

WHEREFORE, Defendant prays that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Ray Brascomb
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

          **s/Christine A. Freeman**
          **CHRISTINE A. FREEMAN**
          **TN BAR NO.: 11892**
          Attorney for Ray Brascomb
          Federal Defenders
          Middle District of Alabama
          201 Monroe Street, Suite 407
          Montgomery, AL 36104
          TEL:  (334) 834-2099
          FAX:  (334) 834-0353
          E-Mail: Christine_Freeman@fd.org