IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:06CR235-MEF |
| | ) | |
| RAY J. BRASCOMB | ) | |

**ORDER**

Upon consideration of the motion to permit filing (doc. # 15) filed by the defendant, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 11th day of January, 2007.

　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE