COURTROOM DEPUTY MINUTES            DATE: JANUARY 12, 2007

MIDDLE DISTRICT OF ALABAMA          DIGITAL RECORDED: 1:09 - 1:11

---

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY     **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 1:06CR-235-MEF-CSC     **DEFENDANT NAME:** RAY J. BRASCOMB

### APPEARANCES

GOVERNMENT                            DEFENDANT COUNSEL
ATTY. A. CLARK MORRIS                 ATTY. CHRISTINE FREEMAN

---

√ **DISCOVERY STATUS:** Complete.

√ **PENDING MOTION STATUS:** Motion to Suppress.
Deft will file m/suppress 3/12/07 tr'd.

☑ **PLEA STATUS:** possible plea

☑ **TRIAL STATUS:** Will take 2 days to try case.

☑ **REMARKS:** Court will set hrg. on m/suppress, prior to new trial date.