IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | **CASE NO: 1:06-CR-235-MEF** |
| | ) | |
| **RAY J. BRASCOMB** | ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

**NOW COMES** the Defendant, Ray Brascomb, by undersigned counsel, and pursuant to 18 U.S.C. 3161 (h)(8)(B)(I), and respectfully moves the Court for an Order continuing this matter from the trial date of March 12, 2007 to the next trial term.

In support of this Motion, the defendant would state that a continuance is essential to permit time to further investigate and to continue negotiations with United States Government, to determine whether this matter will be resolved without a trial.

WHEREFORE, Defendant prays that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Ray Brascomb
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

                                              **s/Christine A. Freeman**
                                              **CHRISTINE A. FREEMAN**
                                              **TN BAR NO.: 11892**
                                              Attorney for Ray Brascomb
                                              Federal Defenders
                                              Middle District of Alabama
                                              201 Monroe Street, Suite 407
                                              Montgomery, AL 36104
                                              TEL:  (334) 834-2099
                                              FAX:  (334) 834-0353
                                              E-Mail: Christine_Freeman@fd.org