IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR NO.  1:06cr235-MEF |
| ) | |
| RAY JERCONIE BRASCOMB ) | |

**ORDER**

Based upon this court's order setting the trial in the above-styled case on the trial term commencing July 9, 2007, and for good cause, it is

**ORDERED** that a pretrial conference be and is hereby set for **May 14, 2007 at 1:00 p.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order are adjusted accordingly; provided, however, that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 25th day of January, 2007.

                                                  /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE