IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO: 1:06-CR-235-MEF |
| ) | |
| RAY J. BRASCOMB ) | |

**DEFENDANT'S MOTION TO WITHDRAW MOTION TO SUPPRESS**

Comes the Defendant, by counsel, and respectfully moves the Court to withdraw his Motion to Suppress, previously filed in this matter on January 11, 2007, and to cancel the hearing on this Motion, now set for May 16, 2007 at 9:00 a.m. (per Doc. 21).

In support of this Motion, the defendant would state that he intends to negotiate a resolution of the pending Indictment and does not intend to go to trial or pursue the Motion to Suppress.

In further support of this Motion, undersigned counsel states that this matter has been discussed with the defendant and he has directed counsel to file this Motion.

**WHEREFORE**, the defendant respectfully prays that this Motion be granted.

Respectfully submitted,

s/Christine A. Freeman
CHRISTINE A. FREEMAN
TN BAR NO.: 11892
Attorney for Ray Brascomb
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104

1

TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: A. Clark Morris, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

s/Christine A. Freeman
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Ray Brascomb
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org