IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. CASE NO. 2:06cr235-MEF |
| ) | |
| RAY J. BRASCOMB ) | |

**ORDER**

Now pending before the court is the defendant's motion to withdraw his motion to suppress previously filed on January 11, 2007. *See* Doc. # 23. The motion to suppress is presently set for an evidentiary hearing on May 16, 2007. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to withdraw the motion to suppress (doc. # 23) be and is hereby GRANTED. It is further

ORDERED that the evidentiary hearing presently set on May 16, 2007, at 9:00 a.m. be and is hereby CANCELLED.

Done this 2nd day of May, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE