IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-235-MEF |
| | ) | |
| RAY JERCONIE BRASCOMB | ) | |

PETITION FOR ORDER DIRECTING THE UNITED STATES
MARSHAL TO RELEASE CUSTODY OF PRISONER

  Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Ray Jerconie Brascomb, into the custody of Tim Fitzpatrick, ATF, and/or Theron Jackson, ATF, from May 11, 2007, through August 11, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Tim Fitzpatrick, ATF, and/or Theron Jackson, ATF, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

  Respectfully submitted this the 10th of May, 2007.

                LEURA G. CANARY
                UNITED STATES ATTORNEY

                /s/ A. Clark Morris
                A. CLARK MORRIS
                Assistant United States Attorney
                Post Office Box 197
                Montgomery, Alabama 36101-0197
                334.223.7280
                334.223.7135 fax
                clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 1:06-cr-235-MEF |
| ) | |
| RAY JERCONIE BRASCOMB ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on May 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06-cr-235-MEF |
| | ) | |
| RAY JERCONIE BRASCOMB | ) | |

O R D E R

Upon consideration of the government's motion for release of prisoner filed on May 10, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Ray Jerconie Brascomb, to Tim Fitzpatrick, ATF, and/or Theron Jackson, ATF, on May 11, 2007, through August 11, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Tim Fitzpatrick, ATF, and/or Theron Jackson, ATF, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this the _____ day of May, 2007.

_____
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE