IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 1:06-cr-235-MEF |
| ) | |
| RAY JERCONIE BRASCOMB ) | |

**O R D E R**

Upon consideration of the government's motion for release of prisoner filed on May 10, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Ray Jerconie Brascomb, to Tim Fitzpatrick, ATF, and/or Theron Jackson, ATF, on May 11, 2007, through August 11, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Tim Fitzpatrick, ATF, and/or Theron Jackson, ATF, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 10th day of May, 2007.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE