IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr235-MEF |
| | ) | |
| RAY JERCONIE BRASCOMB | ) | |

## FINAL ORDER OF FORFEITURE

This cause is before the Court on the United States of America's Motion for a Final Order of Forfeiture (Doc. # 45). On July 20, 2007, this Court entered a Preliminary Order of Forfeiture, ordering defendant Ray Jerconie Brascomb to forfeit the following firearm:

One Charter Arms .38 caliber handgun, bearing serial number 1029214.

The United States published notice of this forfeiture in the Montgomery Independent newspaper in accordance with the law and as specified in the Preliminary Order, and further notified all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the firearm. As of the date of this Order, no timely petition has been filed. The Court finds that defendant Ray Jerconie Brascomb had an interest in the firearm that is subject to forfeiture pursuant to Title 18, United States Code § 924 and Title 28, United States Code § 2461(c). The United States has established the requisite nexus between such firearm in the commission of the violation of Title 18, United States Code §§ 922(g)(1) and 924(e).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1.  United States of America's Motion for a Final Order of Forfeiture (Doc. # 45) is GRANTED.

2.  The following firearm is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c):

> One Charter Arms .38 caliber handgun, bearing serial number 1029214.

3.  All right, title and interest to  the  firearm described above is hereby condemned, forfeited and vested in the United States of America and shall be disposed of according to law.

4.  The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

5.  The Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

SO ORDERED this the 16th day of October, 2007.


_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE