AO 245B  (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

DEFENDANT: **RAY JERCONIE BRASCOMB**  
CASE NUMBER: **1:06CR235-MEF**

Judgment — Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**One hundred thirty (130) months.**

X The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that defendant be placed in a facility near Atlanta, Georgia or Talladega, Alabama for inmates in his classification.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____
☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____
☐ as notified by the United States Marshal.
☐ as notified by the Probation or Pretrial Services Office.

*RETURNED AND FILED*
*JAN 10 2008*
*CLERK*
*U.S. DISTRICT COURT*
*MIDDLE DIST. OF ALA.*

## RETURN

I have executed this judgment as follows:

Defendant delivered on **12/20/07** to **FCC Coleman USP 2** at **Coleman, FL**, with a certified copy of this judgment.

**D.B. Drew, Warden**
~~UNITED STATES MARSHAL~~

By **Jan Edge, ISO**
~~DEPUTY UNITED STATES MARSHAL~~